Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

**JUN 27 2022**

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

HASAN WORTHY )
FCI – HAZELTON )
P.O. BOX 5000 )
BRUCETON MILLS WV 26525 , )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
 )
 )
          Petitioner, )
 vs. )
 )
ACTING WARDEN S. BROWN , )
(Name of Warden or other authorized person )
where you are incarcerated) )
 )
 )
          Respondent. )

**Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241**

Civil Action No. 5:22-CV-161
(to be assigned by Clerk)

Bailey
Mazzone
Prince

**Important notes to read before completing this form:**

☆   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.   This petition concerns (check the appropriate box):

☐   a conviction
☐   a sentence
☐   jail or prison conditions
☐   prison disciplinary proceedings
☐   a parole problem
☐   other, state briefly: ACTUAL INNOCENCE AND UNCONSTITUTIONAL GOVERNMENT CONDUCT: DEPRIVATION OF DUE PROCESS RIGHTS.

Attachment A

_____
_____
_____

2. Are you represented by counsel?    ☐ Yes    ☑ No
   If you answered yes, list your counsel's name and address: _____
   _____ N/A _____

3. List the name and location of the court which imposed your sentence:
   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE.
   _____

4. List the case number, if known: 2:12-CR-00135-DBH

5. List the nature of the offense for which the sentence was imposed:
   CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE AND COCAINE, IN VIOLATION OF USCS 846 AND 841(6); USING A COMMUNICATION FACILITY IN COMMITTING, CAUSING AND FACILITATING A DRUG FELONY, IN VIOLATION OF 21 USCS 843(b) (ALL OF WHICH ARE UNFOUNDED)

6. List the date each sentence was imposed and the terms of the sentence:
   _____
   _____
   _____

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☑ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

    ☑ A jury
    ☐ A Judge without a jury
    ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

    ☑ Yes    ☐ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
    B. Result: AFFIRM.
    C. Date of Result: NOVEMBER 7, 2014
    D. Grounds raised (List each one): DISTRICT COURT ERRED IN DENYING MOTION TO DISMISS ON SIXTH AMENDMENT RIGHT TO SPEEDY TRIAL VIOLATION; THE SPEEDY TRIAL ACT VIOLATION WARRANTED DISMISSAL WITH PREJUDICE.

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☑ Yes    ☐ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: UNITED STATES DISTRICT COURT FOR MAINE

Attachment A

    2. Nature of Proceeding: 2255 MOTION to VACATE
    3. Grounds Raised: UNCONSTITUTION ENHANCEMENT
    4. Did you receive an evidentiary hearing? ☐ Yes ☑ No
    5. Result: DISMISSED; JUDGMENT NOT ON THE MERIT.
    6. Date of Result: MAY 10, 2017. ECF NO. 246

  B. Second post-conviction proceeding:
    1. Name of Court: UNITED STATES DISTRICT COURT FOR MAINE
    2. Nature of Proceeding: 2255 MOTION TO VACATE
    3. Grounds Raised: INEFFECTIVE ASSISTANCE OF COUNSEL
    4. Did you receive an evidentiary hearing? ☐ Yes ☑ No
    5. Result: DISMISSED AS SECOND AND SUCCESSIVE; Lack of Jurisdiction
    6. Date of Result: 01/15/2020

  C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☐ Yes ☐ No Result: _____
    2. Second proceeding: ☐ Yes ☐ No Result: _____

  D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

  A. U.S. Parole Commission unlawfully revoked my parole.
  B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
PETITIONER'S IMPRISONMENT IS ILLEGAL: CONTRARY TO THE PROVISIONS OF THE UNITED STATES CONSTITUTION'S ART. III AND FIFTH AMENDMENT, AND THE LIBERTY INTEREST OF THE SAME CONSTITUTION, PETITIONER WAS DEPRIVED OF DUE PROCESS. THE U.S GOVERNMENT PERPETRATED FRAUD UPON PETITIONER AND THE U.S DISTRICT COURT TO OBTAIN THE JUDGMENT AND COMMITMENT ORDER FOR PETITIONER. I AM INNOCENT.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
I, HASAN WORTHY, PETITIONER, PURSUANT TO 28 USCS 1746, DECLARE UNDER PENALTY OF PERJURY THAT:
(1) PETITIONER IS A CITIZEN OF THE UNITED STATES, BORN DECEMBER 31, 1978 IN BROOKLYN NEW YORK.
(PLEASE CONTINUE 10A — 10E ATTACHED)

B. Ground two:

N/A

(2) Petitioner is in custody of and deprived of his liberty by the United States Government (the Government), without having caused any harm or injury to the Government and or any of its agencies: Petitioner is in custody in violation of the United States Constitution. I AM INNOCENT.

(3) Acting Warden Brown, Respondent, is a Government official and Petitioner's immediate custodian.

(4) Petitioner is now in custody of Respondent at FCI-Hazelton in Bruceton Mills, West Virginia.

(5) Petitioner's continuous imprisonment violates his civil rights to protection against deprivation of liberty without due process under the Fifth Amendment of the Constitution.

(6) Contrary to the provisions of Article III and the Fifth Amendment of the U.S. Constitution, Petitioner was deprived the protection of a Grand Jury as a result of the Government's fraud upon the court. From August 2010 through June 2013, in the District of Maine, the Government, through its attorneys — in excess of power and without standing — knowingly and willfully executed a scheme to defraud the United States District Court to judgment and commitment order for Petitioner, by means of materially false and fraudulent pretense and representation; to wit, by filing, or causing to be filed, unsworn, unfounded and fraudulent charges against Petitioner and in the name of a Grand Jury.

10A

## OBJECT OF THE SCHEME TO DEFRAUD

(7) THE OBJECT OF THE SCHEME TO DEFRAUD THE COURT WAS TO PROSECUTE PETITIONER WITHOUT STANDING AND JURISDICTION.

## MANNER AND MEANS OF THE SCHEME TO DEFRAUD

(8) PART OF THE SCHEME TO DEFRAUD THE COURT WAS THAT— WITHOUT PRESENTMENT BY A GRAND JURY AGAINST PETITIONER AND LEAVE OF COURT — THE GOVERNMENT'S ATTORNEYS CREATED A FRAUDULENT CHARGING DOCUMENT IN THE NAME OF A GRAND JURY, FALSELY CHARGING PETITIONER WITH CONSPIRING WITH OTHER TO COMMIT OFFENSES AGAINST THE LAWS OF THE UNITED STATES.

(9) PART OF THE SCHEME TO DEFRAUD THE COURT WAS THAT THE GOVERNMENT'S ATTORNEYS LABELED THE FRAUDULENT CHARGING DOCUMENT "INDICTMENT/SUPERSEDING INDICTMENT" AND TYPED A "TRUE BILL" ON THE SIGNATURE PAGE TO PRETEND THAT IT WAS THE ACTION OF A GRAND JURY. SEE ECF Nos. 18, 51, 232, AND 507 OF CASE No. 2:10-CR-00135-DBH; AND ECF No. 14 OF CASE No. 2:12-CR-00135-DBH. (PETITIONER'S EXHIBIT "A")

(10) PART OF THE SCHEME TO DEFRAUD THE COURT AND PETITIONER WAS THAT THE GOVERNMENT'S ATTORNEYS **SUBMITTED** THE FRAUDULENT CHARGING DOCUMENTS TO THE CLERK'S OFFICE TO BE ENTERED INTO THE RECORD, TO INVOKE THE COURT'S JURISDICTION, TO PROSECUTE PETITIONER BY FRAUD.

## EVIDENCE OF THE FRAUD: THE COURT'S RECORD EVIDENCE

(11) ACCORDING TO THE RECORD EVIDENCE (PETITIONER'S EXHIBIT "B" AVAILABLE THROUGH "PACER"):

(a) — THERE IS NO GRAND JURY, PEOPLE OF THE UNITED STATES Vs. HASAN WORTHY,

10 B

PETITIONER, OF RECORD. I AM INNOCENT.

(b) — THERE WAS NEVER A TIME AND PLACE OR TERM OF COURT WHERE THE GRAND JURY, PEOPLE, OF THE UNITED STATES (REAL PLAINTIFF WITH STANDING) APPEARED TO PRESENT OR INDICT PETITIONER BEFORE A UNITED STATES DISTRICT COURT JUDGE (ART. III JUDGE). I AM INNOCENT. THERE WAS NO ACTUAL CASE OR CONTROVERSEY FOR WHICH PETITIONER WAS A PARTY.

(12) IN FACT ACCORDING TO THE RECORD EVIDENCE THE UNITED STATES GOVERNMENT WAS THE PLAINTIFF AGAINST PETITIONER. SEE GENERALLY USA V. HASAN WORTHY, 2:12-CR-00135-DBH

(13) THE GOVERNMENT KNEW IT LACKED STANDING TO PROCEED AS PLAINTIFF IN THE UNITED STATES COURT CONCERNING INFAMOUS CRIMINAL PROSECUTION AND KNEW ITS ACTION AGAINST PETITIONER WAS UNCONSTITUTIONAL AND VOID. I AM INNOCENT.

(14) THE GOVERNMENT KNEW ONLY THE GRAND JURY, PEOPLE, OF THE UNITED STATES (REAL PLAINTIFF) HAVE STANDING TO PROCEED AS PLAINTIFF AGAINST PETITIONER (A PERSON) IN THE UNITED STATES COURT CONCERNING INFAMOUS CRIMINAL PROSECUTION. AND KNEW THAT INFAMOUS CRIMINAL PROSECUTION ABSENT A GRAND JURY, PEOPLE, OF THE UNITED STATES (REAL PLAINTIFF) IS AN ABSOLUTE NULLITY FOR **WANT OF SUBJECT-MATTER JURISDICTION**. I AM INNOCENT.

(15) I, PETITIONER, IN MY PERSONAL KNOWLEDGE AND BELIEF I HAVE NEVER CAUSED ANY HARM OR INJURY TO THE UNITED STATES GOVERNMENT.

(16) I, PETITIONER, IN MY PERSONAL KNOWLEDGE AND BELIEF I NEVER

COMMITTED ANY OF THE CRIME FOR WHICH I AM HELD A PRISONER, i.e., CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE; AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE. I AM INNOCENT.

(17) I, PETITIONER, IN MY PERSONAL KNOWLEDGE AND BELIEF I NEVER CONSPIRED WITH ANY PERSONS TO COMMIT ANY OFFENSE AGAINST THE UNITED STATES GOVERNMENT AND LAWS OF THE UNITED STATES. I AM INNOCENT.

(18) I, PETITIONER, IN MY PERSONAL KNOWLEDGE AND BELIEF I NEVER POSSED ANY COCAINE NOR DID I INTEND TO DISTRIBUTE IT AS THE GOVERNMENT ALLEDGED. I AM INNOCENT

(19) I, PETITIONER, IN MY PERSONAL KNOWLEDGE AND BELIEF I HAVE NEVER DISTRIBUTED ANY COCAINE TO ANY GOVERNMENTAL AGENCY. I AM INNOCENT.

(20) THE GOVERNMENT'S FRAUD UPON THE COURT DESCRIBED ABOVE WAS A CAREFULLY PLANNED AND EXECUTED TO CORRUPT THE JUDICIAL PROCESS AND INFRINGE ON PETITIONER'S CIVIL LIBERTY AFFORDED BY THE UNITED STATES CONSTITUTION. AND TO CONVICT AN INNOCENT PERSON—PETITIONER.

(21) THE GOVERNMENT'S FRAUD UPON THE COURT IS THE DIRECT AND PROXIMATE CAUSE OF PETITIONER'S UNLAWFUL AND CONTINUOUS IMPRISONMENT.

(22) UNLESS AND UNTIL THIS COURT INTERVENES, THE UNITED STATES GOVERNMENT WILL CONTINUE TO DEFRAUD THE UNITED STATES DISTRICT COURT, TO IMPROPERLY USE THE JUDICIAL PROCESS TO INFRINGE NOT ONLY ON PETITIONER'S CIVIL RIGHTS BUT ALSO ON THE RIGHTS OF THE PEOPLE AS A WHOLE.

(23) PETITIONER HAS NO OTHER ADEQUATE REMEDY FOR HIS SPEEDIER AND IMMEDIATE RELEASE FROM HIS UNLAWFUL IMPRISONMENT AND TO RESTORE HIS CIVIL RIGHTS OTHER THAN THE REMEDY AFFORDED BY THE GREAT WRIT OF

OF HABEAS CORPUS. THIS COURT MUST HONOR ITS OATH TO DEFEND THE CONSTITUTION.

FOR THE REASONS JUST STATED, PETITIONER PRAYS THAT:

(A) — THIS COURT ISSUE A WRIT OF HABEAS CORPUS COMMANDING ACTING WARDEN BROWN, RESPONDENT, TO PRODUCE THE BODY OF HASAN WORTHY, PETITIONER, BEFORE THIS COURT AT A TIME AND PLACE TO BE SPECIFIED IN THAT WRIT;

(B) — THIS COURT ISSUE A SHOW CAUSE ORDER TO RESPONDENT;

(C) — THIS COURT CONDUCT A HEARING AND INQUIRY INTO THE LEGALITY OF PETITIONER'S IMPRISONMENT EXPEDITIOUSLY; AND

(D) — FOLLOWING THE HEARING, PETITIONER BE ORDERED DISCHARGED IMMEDIATELY FROM THE IMPRISONMENT AND RESTRAINT DESCRIBED IN THIS PETITION, WITHOUT CONDITION.

DATED: 6.22.21

IT IS SO PRAYED

H. Worthy

HASAN WORTHY.

I, HASAN WORTHY, IN ACCORDANCE WITH 28 USCS 1746, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT WITHIN MY PERSONAL KNOWLEDGE AND BELIEF AND INFORMATION FROM THE RECORD.

EXECUTED BY ME ON THIS 22 DAY OF JUNE, 2022, AT BRUCETON MILLS WEST VIRGINIA.

Hasan Worthy

HASAN WORTHY #
FCI-HAZELTON, P.O. BOX 5000
BRUCETON MILLS WV 26525.

Attachment A

_____

_____

N/A

_____

Supporting facts:

_____

N/A

_____

C. Ground three:

_____

N/A

_____

Supporting facts:

_____

N/A

_____

D. Ground four:

_____

N/A

_____

Attachment A

Supporting facts:

N/A

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

N/A

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☐ Yes   ☐ No   N/A

   1. If your answer to "A" above was yes, what was the result:

   N/A

Attachment A

2. If your answer to "A" above was no, explain:

N/A

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes    ☐ No    N/A

1. If your answer to "B" above was yes, what was the result:

N/A

2. If your answer to "B" above was no, explain:

N/A

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

(1) This Court issue a show cause order to Respondent; (2) This Court issue a writ of Habeas Corpus commanding Respondent, Acting Warden Brown to produce the body of Hasan Worthy, Petitioner, before this Court immediately, to conduct a hearing and inquiry into the constitutionality of Petitioner's imprisonment expeditiously; (3) Following the hearing Petitioner be ordered discharged immediately from the imprisonment described in this petition.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

THE ENTIRE PROCESS WAS VOID AB INITO. THE 2255 DECISION WAS PREDICATED ON THE GOVERNMENT'S FRAUD. A CHALLENGE TO THE FACTS OF PHYSICAL CONFINEMENT IS NOT COGNIZABLE ON 2255. THE RELIEF SOUGHT, SPEEDIER AND IMMEDIATE RELEASE IS NOT COGNIZABLE ON 2255. THIS IS A CHALLENGE TO THE GOVERNMENT'S CONDUCT AND NOT THE JUDICIARY'S. AND THUS INDEPENDENT AND COGNIZABLE ON 2241 HABEAS CORPUS. THIS COURT HAS JURISDICTION OVER PETITIONER AND HIS IMMEDIATE CUSTODIAN. THEREFORE VENUE IS PROPER. LASTLY 2255 IS NOT DIRECTLY APPEALABLE. THEREFORE IS INADEQUATE.

Signed this __22__ day of __June__, __2022__.
            (day)            (month)         (year)

_____H. Wortay_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __June 22.22__   __Hasan Wortay__
                                     Your Signature