UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

HASAN WORTHY

*Plaintiff(s)*

v.

ACTING WARDEN S. BROWN

*Defendant(s)*

Civil Action No. 5:22-cv-161

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other: The Petition is hereby DENIED and DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. The Court DIRECTS the Clerk to STRIKE this matter from the active docket of this Court and to enter judgment in favor of the respondents.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  John Preston Bailey

Date:  July 25, 2022

*CLERK OF COURT*
Cheryl Dean Riley
/s/ N.M. Maxwell, Deputy Clerk

*Signature of Clerk or Deputy Clerk*